# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CARL BARRETT,**

  **Plaintiff,**

  v.               Case No. 14-CV-1607

**BELINDA SCHRUBBE, RN D. LARSON,
RN LYON, RN BEYER,
RN ANN SLINGER, and RN GWEN WALTZ,**

  **Defendants.**

## DECISION AND ORDER

On January 9, 2015, I ordered plaintiff to pay an initial partial filing fee of $3.16 to the Clerk of Court within twenty-one days. See 28 U.S.C. § 1915(b)(1). By letter of January 15, 2015, plaintiff requests that the $3.16 be withdrawn from his release account and sent to the Clerk of Court for this district.

After due consideration, and in light of the plaintiff's request that prison officials take the $3.16 out of his release account, the Warden at Waupun Correctional Institution is directed to submit to the Clerk of Court by February 11, 2015, the $3.16 as plaintiff's payment of his initial partial filing fee. See Doty v. Doyle, 182 F. Supp. 2d 750, 751-52 (E.D. Wis. 2002).

**NOW, THEREFORE, IT IS ORDERED** that, upon the request of plaintiff, the Warden at Waupun Correctional Institution shall withdraw $3.16 from plaintiff's release account and forward that sum to the Clerk of this Court as plaintiff's initial partial filing fee in this action. Such payment is to be made on or before **February 11, 2015**. Upon

payment of this initial partial filing fee, the court will determine whether the action can continue to proceed in forma pauperis.

**IT IS ALSO ORDERED** that a copy of this order be sent to the Warden at Waupun Correctional Institution.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge